IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00411-WYD-PAC

ATV SOLUTIONS, INC., a Nevada corporation,

     Plaintiff(s),

v.

AUTOMATIC EQUIPMENT MANUFACTURING COMPANY, d/b/a BLUE OX PRODUCTS, a Nebraska corporation,

     Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendant's Motion for Summary Judgment of Non-Infringement [Docket # 17] and Brief in Support [Docket # 19] are stricken with leave to refile in compliance with this Court's Practice Standards and the Local Rules.  The exhibits need not be resubmitted.  The Brief in Support exceeds the page limits outlined in this Court's Practice Standards section II(C)(1); the Brief in Support does not contain a "Statement of Facts" as required by this Court's Practice Standards section III(B)(3).  Both the Motion for Summary Judgment and the Brief in Support do not have the correct caption, required by Local Rule 10.1.  All future pleadings shall be filed according to both this Court's Practice Standards and the Local Rules, or this Court will strike the pleadings.

     Dated:  December 22, 2006