IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00411-WYD-PAC

ATV SOLUTIONS, INC., a Nevada corporation,

    Plaintiff(s),

v.

AUTOMATIC EQUIPMENT MANUFACTURING COMPANY, d/b/a BLUE OX PRODUCTS, a Nebraska corporation,

    Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Unopposed Motion for Protective Order [filed January 17, 2007; Doc. No. 29] is **GRANTED** as follows:

    The Stipulated Protective Order is made an order of the court this date.

Dated: January 18, 2007