IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00411-WYD-PAC

ATV SOLUTIONS, INC., a Nevada corporation,

    Plaintiff(s),

v.

AUTOMATIC EQUIPMENT MANUFACTURING COMPANY, d/b/a BLUE OX PRODUCTS, a Nebraska corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Amend Scheduling Order and to Continue ATV Solutions , Inc.'s Deadline to Respond to Motion for Summary Judgment [filed March 6, 2007; Doc. No. 35] is **GRANTED** as follows:

    Expert Disclosures are extended to **May 12, 2007.**

    Rebuttal Expert Disclosures are due **June 11, 2007.**

    ATV's Response to MSJ is due **June 16, 2007.**

    Discovery cut-off is **July 11, 2007.**

    Dispositive Motions deadline is **August 10, 2007.**

    IT IS **FURTHER ORDERED** that the Settlement Conference set for May 10, 2007 is ***vacated and reset*** to **July 11, 2007 at 3:00 p.m.**, 5th Floor, Arraj Courthouse. Confidential Settlement Statements are due on or before **July 5, 2007,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

    Confidential Settlement statements with attachments totaling over 15 pages shall

be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge O. Edward Schlatter.

***Counsel and parties with full authority to settle must be present.***

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated: March 7, 2007