**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

**Civil Action No.: 06-cv-00411-WYD-KLM**         **FTR** - Reporter Deck - Courtroom A-501
**Date: August 23, 2007**                                          Courtroom Deputy,  Ellen E. Miller
_____

ATV SOLUTIONS, INC.,                                             Daniel W. Glasser
a Nevada corporation,

         **Plaintiff(s),**
v.

AUTOMATIC EQUIPMENT MANUFACTURING CO.,       Timothy R. Engler
d/b/a BLUE OX PRODUCTS,                                        John W. Madden, III
a Nebraska corporation,

         **Defendant(s).**
_____
**COURTROOM   MINUTES  /  MINUTE  ORDER**
_____

**HEARING:  MOTIONS  HEARING**
**Court in Session:**     1:00 p.m.
Court calls case.   Appearance of counsel.

The Court raises the motion to strike expert witness designation and motion to amend answer.

**It is  ORDERED:**   Defendant's  MOTION  FOR  LEAVE TO  FILE AMENDED   ANSWER
                   (Docket No.  **41,** Filed May 25, 2007) is **denied in part.**

The Court **denies**  the motion to amend  to add an affirmative defense under 35 U.S.C. § 112 and reserves ruling on the motion to amend to add an affirmative defense under  35 U.S.C. § 103.

The parties shall have to and including **September 24, 2007** within which to file additional briefing regarding the effect of *KSR International Co.  v. Teleflex Inc., 127 S. Ct. 1727 (2007)* on the law regarding a defense of patent  invalidity pursuant to 35 U.S.C. § 103.

The Court will then  issue a written order regarding that portion of Defendant's Motion for Leave to File Amended Answer relating to assertion of an affirmative defense of patent invalidity, and regarding Plaintiff's Motion to Strike Defendant's Expert Witness Report of Dr. Donald Schoonover and for Sanctions [Docket No. 52, Filed July 5, 2007].

*06-cv-00411-WYD-KLM*
*Motions Hearing*
*August 23, 2007*

Hearing Concluded.

**Court in Recess:**     1:26  p.m.
Total In-Court time:   0026

A transcript of this hearing may be ordered by contacting Avery Woods Reporting Service (303)825-6119.