IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00411-WYD-KLM

ATV SOLUTIONS, INC., a Nevada corporation,

    Plaintiff,

v.

AUTOMATIC EQUIPMENT MANUFACTURING COMPANY, d/b/a BLUE OX PRODUCTS, a Nebraska corporation,

    Defendant.

---

**ORDER**

---

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Compel Arbitration (the "Motion").  This Court having considered the Motion, and finding good cause therefor, hereby ORDERS that:

    1.    Plaintiff's Unopposed Motion to Compel Arbitration is **GRANTED**.

    2.    The Parties shall proceed to binding arbitration in a manner consistent with the Arbitration Agreement attached as Exhibit 1 to the Motion.

    3.    This Court shall retain jurisdiction over this matter to assist the Parties in selecting an arbitrator as provided in 9 U.S.C. § 5.

    4.    The Parties shall have the right to petition this Court for the enforcement of any arbitration award as provided in 9 U.S.C. § 9.

    5.    The Parties shall notify the Court when an arbitrator has been selected.

Dated: October 2, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge