IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00411-WYD-KLM

ATV SOLUTIONS, INC., a Nevada corporation,

    Plaintiff(s),

v.

AUTOMATIC EQUIPMENT MANUFACTURING COMPANY, d/b/a BLUE OX PRODUCTS, a Nebraska corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX

This matter comes before the Court pursuant to the Order granting Plaintiff's Unopposed Motion to Compel Arbitration entered on October 2, 2007 [Docket No. 73]. Because the case has been referred to binding arbitration,

IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to Amend Scheduling Order [Docket No. 45, Filed June 6, 2007] and Plaintiff's Motion to Strike Defendant's Expert Witness Report of Mr. Donald Schoonover and for Sanctions [Docket No. 52, Filed July 5, 2007] are **DENIED without prejudice**.

IT IS FURTHER HEREBY ORDERED that Defendant's Motion for Leave to File Amended Answer [Docket No. 41, Filed May 25, 2007] is **DENIED without prejudice**.

IT IS FURTHER HEREBY **ORDERED** that the Final Pretrial Conference set for October 23, 2007 at 9:00 a.m. is **vacated**.

Dated:  October 10, 2007